# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00218-OWW-SMS-P<br><br>ORDER DENYING REQUESTS FOR RETURN OF FILING FEE<br><br>(Docs. 6 and 7) |

　　　Plaintiff Garrett Daniel Ekman ("plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on February 27, 2006, pursuant to 42 U.S.C. § 1983. On March 16, 2006, the Court dismissed the action, with prejudice, for failure to state a claim, and for frivolity and maliciousness. On March 28, 2006, Plaintiff filed two requests seeking the return of the $250.00 filing fee on the ground that he has some mental health issues and filed the action in error.

　　　The filing fee is due upon the filing of suit and is not refundable on the basis that the plaintiff now regrets filing suit. Accordingly, plaintiff's requests for the return of the $250.00 filing fee are HEREBY DENIED.

IT IS SO ORDERED.

**Dated:　March 30, 2006**　　　　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1